**Electronically Filed
Supreme Court
SCWC-18-0000926
02-JUN-2021
09:39 AM
Dkt. 3 ODAC**

SCWC-18-0000926

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

DONNA C. WORDEN,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000926; CASE NO. 3DTC-18-050341)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins JJ.)

Petitioner/Defendant-Appellant Donna C. Worden's

application for writ of certiorari, filed on April 28, 2021, is

hereby rejected.

DATED:  Honolulu, Hawai'i, June 2, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

